# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 1, 2004

Before

Hon. RICHARD D. CUDAHY, Circuit Judge

Hon. ILANA DIAMOND ROVNER, Circuit Judge

Hon. DIANE P. WOOD, Circuit Judge

| | | |
|---|---|---|
| FRIENDS OF MILWAUKEE'S RIVERS and LAKE MICHIGAN FEDERATION, | ) ) ) ) | Appeal from the United States District Court for the Eastern District of Wisconsin |
| Plaintiffs-Appellants, | ) ) | |
| 03-3809      v. | ) ) | No. 02 C-0270 |
| MILWAUKEE METROPOLITAN SEWERAGE DISTRICT, | ) ) ) | Charles N Clevert, Jr., Judge |
| Defendant-Appellee. | ) ) ) | |

## ORDER

On consideration of the petition of Defendant-Appellee for rehearing with suggestion for rehearing *en banc* filed September 16, 2004, in the above-captioned case, all of the judges on the panel voted to deny a rehearing, and no member of the court has voted to hear this case *en banc*.

Therefore, the petition for rehearing with suggestion for rehearing *en banc* is DENIED.

Additionally, the opinion rendered in this case is hereby amended to reflect the following minor addition: In footnote 1, the portion of the second sentence that reads "the dumping of 'an unprecedented 4.6 *billion* gallons of raw sewage' directly into Lake Michigan" shall be changed to read "the dumping of 'an unprecedented 4.6 *billion* gallons of raw sewage' (more precisely, rainwater laced with raw sewage) directly into Lake Michigan." (Slip Op. At 3 n.1.)